**SENTENCING SUMMARY CHART**                                    USPO ____
[ _X_ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]              AUSA _X_
Sentencing Date: <u>September 23, 2013</u>                      DEF ____

Defendant's Name: <u>MEDRANO, Hector</u>          Docket No.: <u>13-CR-01128-BEN</u>

Attorney's Name: <u>Fred A. Sheppard</u>          Phone No.: <u>619-546-6705</u>

Guideline Manual Used: <u>November 1, 2012</u>    Agree with USPO Calc.: <u>N</u>

Base offense Levels: (Drug Quantity if Applicable): <u>USSG § 2D1.1(c)(4), 50 grams</u>   <u>32</u>
<u>or more (actual) Meth.</u>

Specific Offense Characteristics:
<u>USSG § 2D1.1(b)(16), "Safety Valve"</u>                                    <u>0</u>

Victim Related Adjustment:                                                  ____

Adjustment for Role in the Offense:                                          <u>0</u>

Adjustment for Obstruction of Justice:                                      ____

Adjustment for Reckless Endangerment During Flight:                         ____

Adjusted Offense Level:                                                     ____
____ Combined (Mult. Counts)  ____ Career Off.  ____ Armed Career Crim.

Adjustment for Acceptance of Responsibility:                                <u>-3</u>

Total Offense Level:                                                        <u>29</u>

Criminal History Score:                                                      <u>5</u>

Criminal History Category:                                                 <u>III</u>
____ Career Offender  ____ Armed Career Criminal

Guideline Range:                                              from <u>120</u> mths
(Range limited by: <u>X</u> minimum mand.  ____ statutory maximum)   to <u>135</u> mths

Departures:
<u>None</u>                                                                   ____

Resulting Guideline Range:                                    from ____ mths
                                                                to ____ mths

**RECOMMENDATION**: <u>Joint Rec. 120 months' custody</u>

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13-CR-01128-BEN |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| HECTOR MEDRANO, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Fred A. Sheppard, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Government's Sentencing Summary Chart on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Casey J. Donovan, Jr, Esq.
donovan2donovan@hotmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2013.

/s/ Fred A. Sheppard
Fred A. Sheppard
Assistant United States Attorney