# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>HECTOR MEDRANO,<br><br>            Defendant. | Case No.: 3:13-cr-01128-021-BEN<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br><br>**[ECF No. 1049]** |

Movant Hector Medrano has filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) ("Section 3582(c)(1)(A)").  ECF No. 1049.

At this time, the Court recognizes there is no applicable policy statement governing compassionate release motions filed by defendants under the recent amendments to Section 3582(c)(1)(A).  The Court also recognizes that a district court's discretion may be informed by U.S.S.G. § 1B1.13, but that it is not binding, and a district court may consider any extraordinary and compelling reason for release that a defendant might raise.  *United States v. Aruda*, __ F.3d __, 2021 WL 1307884 *4 (9th Cir. 2021).

In Movant's case, the reasons offered are not extraordinary and compelling.  Moreover, he has repeated narcotics trafficking convictions in his past.  Early release would present a danger to the public, fail to act as a deterrent to others, and would not promote respect for the law.  Therefore, the motion is **DENIED**.

   **IT IS SO ORDERED.**

Date: May 10, 2021

_____
HON. ROGER T. BENITEZ
United States District Judge